UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
EMILIO RAMOS,

                Petitioner.

   -against-

UNITED STATES OF AMERICA,

                Respondent.
---------------------------------------------------------------- X

05 CV 4870 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

Pro se petitioner Emilio Ramos ("Mr. Ramos" or "petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 on October 6, 2005. Under Rule 3(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Clerk of the Court properly filed this petition. Mr. Ramos states two grounds for habeas relief: ineffective assistance of counsel and a violation of his right to due process. However, his petition provides few facts to support his claims. Recognizing the deficiency, Mr. Ramos requests that the court hold the petition "in abeyance pending the submission of a supplemental brief with a memorandum of law." The court sua sponte orders the petitioner to supplement his timely filed petition with documents or arguments fairly within the scope of the petition within 45 days of this order.

SO ORDERED.

                                                        Allyne R. Ross
                                                        United States District Judge

Dated: November 21, 2005
       Brooklyn, New York